**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| SHERYL MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-00058 |
| | ) | |
| NORTHEAST MISSOURI AREA AGENCY | ) | |
| ON AGING and NORTHEAST MISSOURI | ) | |
| AREA AGENCY ON AGING as plan | ) | |
| administrator for the plan, | ) | |
| | ) | |
| Defendants. | ) | |

**PARTIES' STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff and Defendants, through counsel, under F.R.Civ.P.

41(a)(1)(A)(ii), and hereby stipulate that all claims and causes of action among and between

them are hereby dismissed with prejudice, with each party to pay its own fees and costs of the

litigation.  The Clerk may close this matter.

| | |
|---|---|
| BIESECKER DUTKANYCH<br>& MACER, LLC | SMITH LEWIS LLP |
| | |
| /s/ Ryan Sullivan | /s/ Fredrick J. Ludwig |
| Ryan Sullivan, #76393 | Fredrick J. Ludwig, #49678 |
| 144 North Delaware Street | Phebe La Mar, #49777 |
| Indianapolis, IN  46204 | 111 S. Ninth Street, Ste. 200 |
| 317-991-4765 | P.O. Box 918 |
| 812-424-1005 (fax) | Columbia, MO  65205-0918 |
| rsullivan@bdlegal.com | 573-443-3141 |
| Attorneys for Plaintiff | 573-442-6686 (fax) |
| | lamar@smithlewis.com |
| | ludwig@smithlewis.com |
| | Attorneys for Defendants |

1

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2026, I served this document upon all counsel of record via this Court's Electronic Filing System.

/s/ Fredrick J. Ludwig